

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. CHAD WAHL

**Defendant(s):** GREG SIMS, etc.

**County of Residence:** CHRISTIAN

**County of Residence:**

**Plaintiff's Address:**
Chad Wahl
B-52827
Taylorville
P.O. Box 900
Taylorville, IL  62568

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

FILED
Mar 7, 2008
MAR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

08CV1383
JUDGE LEFKOW
MAG.JUDGE COX

**Signature:** A. F. Woodham    **Date:** 03/07/2008