**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT




FILED
Mar 7, 2008

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

CHAD WAHL
Plaintiff

v.

GREG SIMS
Defendant(s)

**08CV1383**
**JUDGE LEFKOW**
**MAG. JUDGE COX**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __CHAD WAHL__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☐Yes  ☐No  (If "No," go to Question 2)
   I.D. # __B-52827__  Name of prison or jail: __TAYLORVILLE C.C.__
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: __19.40__

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __1991__
      Monthly salary or wages: __990.00__
      Name and address of last employer: __N/A__

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☐No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☐No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐Yes    ☐No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☐No
Amount_____ Received by_____

f. ☐ Any other sources (state source: MOTHER_____)    ☒Yes    ☐No
Amount 20.00 - 36.00 Received by RITH WAHL

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-19-08

_____
Signature of Applicant

CHAD WAHL
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, CHAD WAHL, I.D.# B-52827, has the sum of $ 11.22 on account to his/her credit at (name of institution) TAYLORVILLE C.C. I further certify that the applicant has the following securities to his/her credit: NONE. I further certify that during the past six months the applicant's average monthly deposit was $ 269.00. (Add all deposits from all sources and then divide by number of months).

2-19-08
DATE

Marla Marley
SIGNATURE OF AUTHORIZED OFFICER

MARLA MARLEY
(Print name)

rev. 7/18/02

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 2/19/2008 | | | Taylorville Correctional Center | | | Page 1 |
| Time: | 1:39pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 08/01/2007 thru End;  Inmate: B52827;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B52827 Wahl, Chad E.**　　　　　　　　　　**Housing Unit: TAY-4B-07-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 64.67 |
| 08/06/07 | Point of Sale | 60 Commissary | 218712 | 98379828 | Commissary | -39.07 | 25.60 |
| 08/08/07 | Mail Room | 01 MO/Checks (Not Held) | 220205 | 200248436575 | Wahl, Rita | 35.00 | 60.60 |
| 08/08/07 | Mail Room | 01 MO/Checks (Not Held) | 220205 | 200248436564 | Wahl, Rita | 35.00 | 95.60 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222105 | | P/R month of 07/2007 | 19.20 | 114.80 |
| 08/13/07 | Point of Sale | 60 Commissary | 225728 | 98380538 | Commissary | -51.35 | 63.45 |
| 08/15/07 | Mail Room | 01 MO/Checks (Not Held) | 227205 | 20032390453 | Wahl, Rita | 35.00 | 98.45 |
| 08/20/07 | Disbursements | 83 Copies | 232305 | Chk #66145 | 209749, DOC: 523 Fund Library, Inv. Date: 08/03/2007 | -3.00 | 95.45 |
| 08/20/07 | Point of Sale | 60 Commissary | 232712 | 98381585 | Commissary | -51.08 | 44.37 |
| 08/21/07 | Mail Room | 01 MO/Checks (Not Held) | 233205 | 20005503034 | Wahl, Rita | 20.00 | 64.37 |
| 08/21/07 | Mail Room | 01 MO/Checks (Not Held) | 233205 | 4329534 | Wahl, Rita | 35.00 | 99.37 |
| 08/21/07 | Mail Room | 01 MO/Checks (Not Held) | 233205 | 20032390452 | Wahl, Rita | 35.00 | 134.37 |
| 08/27/07 | Point of Sale | 60 Commissary | 239728 | 98382300 | Commissary | -80.44 | 53.93 |
| 08/28/07 | Mail Room | 01 MO/Checks (Not Held) | 240205 | 200310459382 | Wahl, Rita | 35.00 | 88.93 |
| 08/28/07 | Disbursements | 88 Miscellaneous Payables | 240305 | Chk #66211 | 210945, Edward R Hamilton - Bo, Inv. Date: 08/28/2007 | -13.45 | 75.48 |
| 09/05/07 | Mail Room | 01 MO/Checks (Not Held) | 248205 | 20031045937 | Wahl, Rita | 35.00 | 110.48 |
| 09/10/07 | Point of Sale | 60 Commissary | 253712 | 98383560 | Commissary | -71.85 | 38.63 |
| 09/12/07 | Mail Room | 01 MO/Checks (Not Held) | 255205 | 20035087958 | Wahl, Rita | 35.00 | 73.63 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256105 | | P/R month of 08/2007 | 19.20 | 92.83 |
| 09/14/07 | Disbursements | 80 Postage | 257305 | Chk #66309 | 210852, DOC: 523 Fund Inmate R, Inv. Date: 08/27/2007 | -.97 | 91.86 |
| 09/14/07 | Disbursements | 90 Medical Co-Pay | 257305 | Chk #66309 | 211236, DOC: 523 Fund Inmate R, Inv. Date: 09/06/2007 | -2.00 | 89.86 |
| 09/17/07 | Point of Sale | 60 Commissary | 260728 | 98384227 | Commissary | -32.40 | 57.46 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262205 | 20035087957 | Wahl, Rita | 35.00 | 92.46 |
| 09/24/07 | Disbursements | 88 Miscellaneous Payables | 267305 | Chk #66395 | 211976, Edward R Hamilton - Bo, Inv. Date: 09/24/2007 | -28.30 | 64.16 |
| 09/24/07 | Point of Sale | 60 Commissary | 267728 | 98385226 | Commissary | -27.22 | 36.94 |
| 09/25/07 | Mail Room | 01 MO/Checks (Not Held) | 268205 | 20035088473 | Wahl, Rita | 35.00 | 71.94 |
| 10/01/07 | Point of Sale | 60 Commissary | 274728 | 98385951 | Commissary | -35.27 | 36.67 |
| 10/02/07 | Mail Room | 01 MO/Checks (Not Held) | 275253 | 20350884745 | Wahl, Rita | 35.00 | 71.67 |
| 10/10/07 | Mail Room | 01 MO/Checks (Not Held) | 283205 | 200365342078 | Wahl, Rita | 35.00 | 106.67 |
| 10/10/07 | Disbursements | 88 Miscellaneous Payables | 283305 | Chk #66456 | 212830, Superintendent Of Docu, Inv. Date: 10/10/2007 | -8.00 | 98.67 |
| 10/10/07 | Disbursements | 88 Miscellaneous Payables | 283305 | Chk #66480 | 212855, Edward R Hamilton - Bo, Inv. Date: 10/10/2007 | -16.35 | 82.32 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285105 | | sept 07 | 19.20 | 101.52 |
| 10/15/07 | Point of Sale | 60 Commissary | 288728 | 98387182 | Commissary | -34.19 | 67.33 |
| 10/16/07 | Mail Room | 01 MO/Checks (Not Held) | 289205 | 20036534208 | Wahl, Rita | 35.00 | 102.33 |
| 10/17/07 | Disbursements | 88 Miscellaneous Payables | 290305 | Chk #66532 | 213155, Edward R Hamilton - Bo, Inv. Date: 10/17/2007 | -28.25 | 74.08 |
| 10/17/07 | Disbursements | 83 Copies | 290305 | Chk #66546 | 212592, DOC: 523 Fund Library, Inv. Date: 10/05/2007 | -2.90 | 71.18 |
| 10/17/07 | Disbursements | 80 Postage | 290305 | Chk #66547 | 211799, DOC: 523 Fund Inmate R, Inv. Date: 09/19/2007 | -.58 | 70.60 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290305 | Chk #66547 | 213130, DOC: 523 Fund Inmate R, Inv. Date: 10/17/2007 | -1.48 | 69.12 |
| 10/22/07 | Point of Sale | 60 Commissary | 295712 | 98388233 | Commissary | -40.10 | 29.02 |
| 10/23/07 | Mail Room | 01 MO/Checks (Not Held) | 296225 | 20034855418 | Wahl, Rita | 36.00 | 65.02 |
| 10/29/07 | Point of Sale | 60 Commissary | 302728 | 98388956 | Commissary | -32.27 | 32.75 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303205 | 200348554175 | Wahl, Rita | 36.00 | 68.75 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303205 | 200348572831 | Wahl, Rita | 36.00 | 104.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 2/19/2008 | | | | Taylorville Correctional Center | | Page 2 |
| Time: | 1:39pm | | | | Trust Fund | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: B52827;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B52827 Wahl, Chad E.**    **Housing Unit: TAY-4B-07-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303205 | 200348572820 | Wahl, Rita | 36.00 | 140.75 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303205 | 628963 | Edward Hamilton, Refund | 2.00 | 142.75 |
| 11/05/07 | Point of Sale | 60 Commissary | 309712 | 98389644 | Commissary | -94.68 | 48.07 |
| 11/05/07 | Mail Room | 01 MO/Checks (Not Held) | | | Wahl, Rita | 36.00 | 84.07 |
| 11/06/07 | Mail Room | 01 MO/Checks (Not Held) | 310205 | 20034855993 | Wahl, Rita | 36.00 | 120.07 |
| 11/06/07 | Mail Room | 01 MO/Checks (Not Held) | 310205 | 20034855994 | Wahl, Rita | 36.00 | 156.07 |
| 11/06/07 | Mail Room | 01 MO/Checks (Not Held) | 310205 | 20034855992 | Wahl, Rita | 36.00 | 175.27 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313105 | | Oct 07 | 19.20 | 175.27 |
| 11/14/07 | Disbursements | 88 Miscellaneous Payables | 318305 | Chk #66702 | 214205, Edward R Hamilton - Bo, Inv. Date: 11/14/2007 | -34.35 | 140.92 |
| 11/14/07 | Mail Room | 01 MO/Checks (Not Held) | 318205 | 200411057110 | Wahl, Rita | 36.00 | 176.92 |
| 11/19/07 | Point of Sale | 60 Commissary | 323726 | 98391379 | Commissary | -68.76 | 108.16 |
| 11/26/07 | Disbursements | 80 Postage | 330305 | Chk #66721 | 213955, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2007 | -1.31 | 106.85 |
| 11/26/07 | Disbursements | 80 Postage | 330305 | Chk #66721 | 214358, DOC: 523 Fund Inmate R, Inv. Date: 11/15/2007 | -.41 | 106.44 |
| 11/26/07 | Disbursements | 80 Postage | 330305 | Chk #66721 | 214477, DOC: 523 Fund Inmate R, Inv. Date: 11/19/2007 | -1.31 | 105.13 |
| 11/26/07 | Point of Sale | 60 Commissary | 330712 | 98391504 | Commissary | -46.39 | 58.74 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 331205 | 20048133915 | Wahl, Rita | 36.00 | 94.74 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 331205 | 20041106220 | Wahl, Rita | 36.00 | 130.74 |
| 11/28/07 | Disbursements | 88 Miscellaneous Payables | 332305 | Chk #66775 | 214647, Edward R Hamilton - Bo, Inv. Date: 11/28/2007 | -26.25 | 104.49 |
| 12/03/07 | Point of Sale | 60 Commissary | 337713 | 98392345 | Commissary | -25.46 | 79.03 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 338205 | 200411072763 | Wahl, Rita | 36.00 | 115.03 |
| 12/05/07 | Disbursements | 88 Miscellaneous Payables | 339305 | Chk #66821 | 215187, Rosetta Stone Bookstor, Inv. Date: 12/05/2007 | -36.10 | 78.93 |
| 12/10/07 | Mail Room | 01 MO/Checks (Not Held) | 344205 | 57252090852 | Aper, David | 20.00 | 98.93 |
| 12/10/07 | Point of Sale | 60 Commissary | 344728 | 98392989 | Commissary | -49.61 | 49.32 |
| 12/11/07 | Mail Room | 01 MO/Checks (Not Held) | 345253 | 200459651876 | Begolka, Sharon | 20.00 | 69.32 |
| 12/13/07 | Mail Room | 01 MO/Checks (Not Held) | 347253 | 20047910652 | Wahl, Rita | 36.00 | 105.32 |
| 12/13/07 | Mail Room | 01 MO/Checks (Not Held) | 347253 | 20041107275 | Wahl, Rita | 36.00 | 141.32 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348105 | | nov 07 | 19.20 | 160.52 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 352253 | 200479120226 | Wahl, Rita | 30.00 | 190.52 |
| 12/18/07 | Point of Sale | 60 Commissary | 352713 | 98393840 | Commissary | -104.39 | 86.13 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 354253 | 20047912186 | Wahl, Rita | 40.00 | 126.13 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 354253 | 20047912187 | Wahl, Rita | 35.00 | 161.13 |
| 12/21/07 | Mail Room | 01 MO/Checks (Not Held) | 355205 | 11637264868 | Hieber, Joann | 50.00 | 211.13 |
| 12/27/07 | Mail Room | 01 MO/Checks (Not Held) | 361205 | 307652 | Asper, Judy | 25.00 | 236.13 |
| 12/31/07 | Disbursements | 88 Miscellaneous Payables | 365305 | Chk #67023 | 216797, Edward R Hamilton - Bo, Inv. Date: 12/31/2007 | -24.35 | 211.78 |
| 01/02/08 | Point of Sale | 60 Commissary | 002728 | 98394848 | Commissary | -118.24 | 93.54 |
| 01/02/08 | Mail Room | 01 MO/Checks (Not Held) | 002205 | 4782325 | Wahl, Rita | 36.00 | 129.54 |
| 1/07/08 | Point of Sale | 60 Commissary | 007728 | 98395640 | Commissary | -44.37 | 85.17 |
| 1/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008205 | 4782317 | Wahl, Rita | 36.00 | 121.17 |
| 1/11/08 | Payroll | 20 Payroll Adjustment | 011105 | | DEC 07 | 19.20 | 140.37 |
| 01/14/08 | Mail Room | 09 Miscellaneous Receipts | 014205 | 10419 | Cibf/Vending Refunds, For DEC | 10.00 | 150.37 |
| 01/14/08 | Point of Sale | 60 Commissary | 014728 | 98396356 | Commissary | -115.02 | 35.35 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 016225 | 200527605157 | Wahl, Rita | 36.00 | 71.35 |
| 01/17/08 | Disbursements | 80 Postage | 017305 | Chk #67148 | 216222, DOC: 523 Fund Inmate R, Inv. Date: 12/20/2007 | -1.64 | 69.71 |
| 01/17/08 | Disbursements | 80 Postage | 017305 | Chk #67148 | 216023, DOC: 523 Fund Inmate R, Inv. Date: 12/18/2007 | -4.51 | 65.20 |

Taylorville Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End; Inmate: B52827; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B52827 Wahl, Chad E.**  **Housing Unit: TAY-4B-07-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/17/08 | Disbursements | 80 Postage | 017305 | Chk #67148 | 216972, DOC: 523 Fund Inmate R, Inv. Date: 01/04/2008 | -1.31 | 63.89 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 023205 | 200527605146 | Wahl, Rita | 36.00 | 99.89 |
| 01/28/08 | Point of Sale | 60 Commissary | 028728 | 98398038 | Commissary | -63.91 | 35.98 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029205 | 200527610536 | Wahl, Rita | 36.00 | 71.98 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029205 | 10587 | Cibf Vending, Refunds | 17.00 | 88.98 |
| 02/05/08 | Point of Sale | 60 Commissary | 036713 | 98398782 | Commissary | -49.64 | 39.34 |
| 02/06/08 | Mail Room | 01 MO/Checks (Not Held) | 037205 | 200527610547 | Wahl, Rita | 36.00 | 75.34 |
| 02/06/08 | Disbursements | 88 Miscellaneous Payables | 037305 | Chk #67272 | 218246, American Civil Liberti, Inv. Date: 02/06/2008 | -5.00 | 70.34 |
| 02/06/08 | Disbursements | 88 Miscellaneous Payables | 037305 | Chk #67282 | 218374, Rosetta Stone Bookstor, Inv. Date: 02/06/2008 | -27.95 | 42.39 |
| 02/06/08 | Disbursements | 88 Miscellaneous Payables | 037305 | Chk #67284 | 218379, Edward R Hamilton - Bo, Inv. Date: 02/06/2008 | -18.40 | 23.99 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039105 | | jan 08 | 19.20 | 43.19 |
| 02/11/08 | Mail Room | 01 MO/Checks (Not Held) | 042205 | 20054544124 | Wahl, Rita | 36.00 | 79.19 |
| 02/11/08 | Mail Room | 01 MO/Checks (Not Held) | 042205 | 20054544125 | Wahl, Rita | 36.00 | 115.19 |
| 02/11/08 | Point of Sale | 60 Commissary | 042728 | 98399423 | Commissary | -45.31 | 69.88 |
| 02/19/08 | Disbursements | 80 Postage | 050305 | Chk #67347 | 217939, DOC: 523 Fund Inmate R, Inv. Date: 01/28/2008 | -1.82 | 68.06 |
| 02/19/08 | Disbursements | 90 Medical Co-Pay | 050305 | Chk #67347 | 218874, DOC: 523 Fund Inmate R, Inv. Date: 02/15/2008 | -2.00 | 66.06 |
| 02/19/08 | Point of Sale | 60 Commissary | 050713 | 98400171 | Commissary | -54.84 | 11.22 |

| | |
|---|---|
| Total Inmate Funds: | 11.22 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 11.22 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |