**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
MAR - 7 2008 aew
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) CHAO WAHL

-v-

Defendant(s) GREG SIMS

Case 08CV1383
JUDGE LEFKOW
MAG. JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, CHAO ERIK WAHL, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: THOMAS PETERS-ATTORNEY AT LAW, REVIEWED PLAINTIFFS RECORD FOR 8 MONTHS - GAVE CONFLICTING MESSAGES TO PLAINTIFFS FAMILY AND PLAINTIFF (WHO PAID $750.00 FOR A RECORD REVIEW). "BURNED-UP" MOST OF PLAINTIFFS 1 YEAR HABE FILING LIMITATION, LEAVING HIM W/ 2 MONTHS TO PREPARE PRO-SE HABE AFTER PETERS REFUSED CASE.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

Movant's Signature: Chad Wahl B-52827

Street Address: P.O. Box 900

City/State/Zip: Taylorville, IL 62568

Date: 2-17-08