IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CHAD WAHL | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 08 C 1383 |
| | ) | |
| GREG SIMS, Warden, | ) | The Honorable |
| Taylorville Correctional Center, | ) | Joan H. Lefkow |
| | ) | Judge Presiding. |
| Respondent. | ) | |

_____

## MOTION FOR EXTENSION OF TIME

The named Respondent, GREG SIMS, by his attorney, LISA MADIGAN, Attorney General of the State of Illinois, respectfully moves this Honorable Court for a thirty (30) day extension of time from April 15, 2008, to and until May 15, 2008, in which to file a response to this cause.

An affidavit in support of this motion is attached hereto.

            Respectfully submitted,

            LISA MADIGAN
            Attorney General of Illinois

    By: s/Eric W. Truett
       ERIC W. TRUETT, Bar # 6291213
       Assistant Attorney General
       100 W. Randolph Street, 12th Floor
       Chicago, Illinois 60601-3218
       PHONE: (312) 814-4684
       FAX: (312) 814-2253
       E-MAIL: etruett@atg.state.il.us

STATE OF ILLINOIS    )
                     )SS.
COUNTY OF COOK       )

A F F I D A V I T

ERIC W. TRUETT, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Attorney General assigned to represent the Respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before April 15, 2008.

3. Respondent has requested thirty days in order to gather the necessary documents to ascertain whether the instant petition is timely under 28 U.S.C. § 2244(d).

4. That this is Respondent's first request for an extension of time in this matter and Respondent is asking for thirty days.

5. That this motion is made in good faith and not for purpose of delay.

FURTHER AFFIANT SAYETH NOT.

By: s/Eric W. Truett
Eric W. Truett

SUBSCRIBED and SWORN to before
me this 2nd day of April, 2008.

## **CERTIFICATE OF SERVICE**

I hereby certify than on April 2, 2008, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on the same date, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Chad Wahl, B-52827
Taylorville Correctional Center
Route 29 South
P.O. Box 900
Taylorville, Il 62568

                                  LISA MADIGAN
                                  Attorney General of Illinois

By:   s/Eric W. Truett
       ERIC W. TRUETT
       Assistant Attorney General
       100 W. Randolph St., 12th Floor
       Chicago, Illinois 60601
       PHONE: (312) 814-5029
       FAX: (312) 814-2253
       E-MAIL: etruett@atg.state.il.us