IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
|   CHAD WAHL | ) | |
| | ) | |
|       Petitioner, | ) | |
| | ) | |
|         v. | ) | No. 08 C 1383 |
| | ) | |
| GREG SIMS, Warden, | ) | |
|   Taylorville Correctional Center, | ) | The Honorable |
| | ) | Joan H. Lefkow |
|       Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 10, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION FOR EXTENSION OF TIME**.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:  s/ERIC W. TRUETT
ERIC W. TRUETT, BAR # 6291213
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-4684
FAX: (312) 814-2253
E-MAIL: etruett@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify than on April 2, 2008, I electronically filed respondent's **NOTICE OF MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Chad Wahl, B-52827
Taylorville Correctional Center
Route 29 South
P.O. Box 900
Taylorville, Il 62568

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/Eric W. Truett
      ERIC W. TRUETT, BAR # 6291213
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      PHONE: (312) 814-4684
      FAX: (312) 814-2253
      E-MAIL: etruett@atg.state.il.us