IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CHAD WAHL, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 06 C 5761 |
| GREG SIMS, Warden, Taylorville Correctional Center, | ) ) ) | The Honorable Joan Lefkow, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Respondent, Greg Sims, submits this NOTICE OF SUBSTITUTION OF COUNSEL, where, pursuant to Local Rule 83.17, Russell K. Benton should be substituted in place of Eric W. Truett, as respondent's attorney of record.

Mr. Benton and Mr. Truett both work for the Attorney General of Illinois, thus, under Local Rule 83.17, this substitution can be made without motion. LR83.17 ("The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsel are of the same firm.").

        Respectfully submitted,

        LISA MADIGAN
        Attorney General of Illinois

By:    <u>s/ Russell K. Benton</u>
        Russell K. Benton, Bar Number: 6203142
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Telephone: (312) 814-2113
        Fax: (312) 814-2253
        E-mail: RBenton@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed this **Notice to Substitute Counsel** with the Clerk of the United States District Court for the Northern District using the CM/ECF system, and also a copy of the same Notice by United States Postal Service to the following non-CM/ECF participant:

Chad Wahl
B52827
Route 29 South
P.O. Box 900
Taylorville, IL 62568

By: s/ Russell K. Benton
Russell K. Benton, Bar Number: 6203142
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Telephone: (312) 814-2113
Fax: (312) 814-2253
E-mail: RBenton@atg.state.il.us